# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARA FITZGERALD,**
        **Plaintiff,**

**-vs-**                                                         Case No. 6:07-cv-200-Orl-31JGG

**LEXON HOMES, INC.,**
**JOSEPH KANTOR,**
        **Defendants.**

## ORDER

In their motion to dismiss (Doc. 9), the Defendants seek dismissal of the Plaintiff's FLSA claim on the grounds that she was excepted from overtime pay by virtue of her job position. This argument requires reliance on facts outside the complaint and must be denied. Assuming dismissal of the FLSA claim in Count I, the Defendants then contend that this Court lacks jurisdiction over the state law claim in Count II, an argument that must also fail.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** the motion to dismiss (Doc. 9) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 26, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party